# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA<br>V. | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release) |
|---|---|

|  | Case Number: | **CR 04-3027-1-MWB** |
|---|---|---|
| **WESLEY DENNIS RUSSEFF** | USM Number: | **02920-029** |

**Robert Wichser**
Defendant's Attorney

## THE DEFENDANT:

■ admitted guilt to violation(s) _____1_____ of the term of supervision.

☐ was found in violation of _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | **Use of Illegal Drugs** | **October 17, 2011** |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant was found in violation of _____ and is discharged as to such violation(s).

☐ The Court did not make a finding regarding violation(s) _____

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**November 10, 2011**
Date of Imposition of Judgment

Signature of Judge

**Mark W. Bennett, U.S. District Judge**
Name and Title of Judge

11/14/11
Date

AO 245D    (Rev. 11/07 Judgment in a Criminal Case for Revocations
            Sheet 2— Imprisonment

DEFENDANT:        **WESLEY DENNIS RUSSEFF**
CASE NUMBER:      **CR 04-3027-1-MWB**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : **12 months.**

☐   The court makes the following recommendations to the Bureau of Prisons:

■   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐   a_____  ☐ a.m.   ☐ p.m.   on  _____ .

    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2:00 p.m.  _____ .

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on  _____  to  _____

a _____ with a certified copy of this judgment.


_____
                                        UNITED STATES MARSHAL


By  _____
                                        DEPUTY UNITED STATES MARSHAL

DEFENDANT:       **WESLEY DENNIS RUSSEFF**
CASE NUMBER:     **CR 04-3027-1-MWB**

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :  **No supervised release shall be reimposed.**